AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Edward Penetar                    )

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) | Case No. 26-MJ-*130* |
| **Tanya Caldera** | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Tanya Caldera** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about July 2, 2026, in Philadelphia, in the Eastern District of Pennsylvania, the defendant possessed with intent to distribute 400 grams or more, that is, approximately ten kilograms, of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, U.S. Code, Section 841(a)(1), (b)(1)(A).

Date: *7/23/2026*

*/s/PAMELA A. CARLOS*
_____
*Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  7/2/2026 , and the person was arrested on *(date)*  7/2/2026<br>at *(city and state)*  Philadelphia PA . |
| Date: 7/3/2026                           *Arresting officer's signature*<br><br>                                       Hyung Lim<br>                                      *Printed name and title* |